UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN R. TAFT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JOEL MARTINEZ,<br><br>　　　　Respondent. | No. 1:18-cv-00412-DAD-SKO HC<br><br>**ORDER DENYING MOTION TO PROCEED** *IN FORMA PAUPERIS* **AS MOOT**<br><br>**(Doc. 11)** |

　　　　On April 20, 2018, Petitioner, Benjamin R. Taft, filed a motion to proceed *in forma pauperis*. Because the Court already granted Petitioner leave to proceed *in forma pauperis* on March 27, 2018, the motion is DENIED as moot.

IT IS SO ORDERED.

Dated: __**May 2, 2018**__　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1